IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COREY STEELE, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:19-CV-1679-N-BH |
| UNICON GROUP, et al., | ) |
| Defendants. | ) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Request Temp. Restraining Order*, filed July 24, 2019 (doc. 7), and *Request to be Heard Ex Parte,* filed August 6, 2019 (doc. 16), are **DENIED**.

**SIGNED this 6th day of September, 2019.**

UNITED STATES DISTRICT JUDGE