IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COREY STEELE, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:19-CV-1679-N-BH |
| UNICON GROUP, et al., | ) |
| Defendants. | ) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Motion for: Default Judgement Kelly Davis & Assoc.,* filed August 22, 2019 (doc. 19), and *Motion for: Default Judgement Judge Monica Purdy,* filed September 3, 2019 (doc. 25), are **DENIED**.

**SIGNED this 4th day of October, 2019.**

_____
**UNITED STATES DISTRICT JUDGE**