IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COREY STEELE, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:19-CV-1679-N-BH |
| | ) | |
| UNICON GROUP, et al., | ) | |
|     Defendants. | ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*The Defendant Judge Monica Purdy's Rule 12 Motion to Dismiss, Alternative Motion for Abstention and Brief in support*, filed October 3, 2019 (doc. 31), is **GRANTED.** By separate judgment, the plaintiff's official capacity claims against defendant Judge Monica Purdy will be **DISMISSED without prejudice** for lack of subject matter jurisdiction, and any claims against her in her individual capacity, as well as any claim for ethics and disciplinary committee review, will be **DISMISSED with prejudice** for failure to state a claim.

SIGNED this 11th day of September, 2020.

_____
**UNITED STATES DISTRICT JUDGE**